Gary E. Jubber, A1758
Douglas J. Payne, A4113
FABIAN VANCOTT
215 South State Street
Suite 1200
Salt Lake City, Utah  84111-2323
Telephone:  (801) 531-8900

*Attorneys for Debtor and Debtor-in-Possession*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Bankruptcy No.  15-24513 RKM |
|---|---|
| GRASS VALLEY HOLDINGS, LP | (Chapter 11) |
| Debtor and Debtor-in-Possession, | Honorable R. Kimball Mosier |

**ORDER APPROVING: (i) FIFTH AND FINAL VERIFIED APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT BY FABIAN VANCOTT, COUNSEL FOR DEBTOR; and (ii) FINAL APPLICATION OF DURHAM JONES & PINEGAR FOR INTERIM COMPENSATION AND REIMBURSEMENT PURSUANT TO 11 U.S.C. §§ 330 AND 331 AS SPECIAL COUNSEL FOR THE DEBTOR FOR THE PERIOD FEBRUARY 1, 2017 THROUGH AUGUST 31, 2017**

The *Fifth and Final Verified Application for Allowance of Compensation and Reimbursement by Fabian VanCott, Counsel for Debtor*, was filed by Fabian VanCott, counsel for Grass Valley Holdings on September 13, 2017 ("**Fabian Application**") and the *Final Application of Durham Jones & Pinegar for Interim Compensation and Reimbursement*

*Pursuant to 11 U.S.C. §§ 330 and 331 as Special Counsel for the Debtor for the Period February 1, 2017 through August 31, 2017* filed by Durham Jones & Pinegar, Special Counsel for Debtor was filed on September 7, 2017 ("**DJP Application**").  The *Combined Notice of Hearing for: (i) Fifth and Final Verified Application for Allowance of Compensation and Reimbursement by Fabian VanCott, Counsel for Debtor*; *and (ii) Final Application of Durham Jones & Pinegar for Interim Compensation and Reimbursement Pursuant to 11 U.S.C. §§ 330 and 331 as Special Counsel for the Debtor for the Period February 1, 2017 through August 31, 2017* was served on interested parties on September 13, 2017 ("**Notice of Hearing**").  The Notice of Hearing included a statement that in the absence of a timely response, the relief requested could be granted without a hearing.  No responses or objections were filed to the Fabian Application or the DJP Application.

The Fabian Application and the DJP Application came on regularly for hearing before the Honorable R. Kimball Mosier on October 10, 2017.  Fabian VanCott was represented by Douglas J. Payne of Fabian VanCott.  Other appearances were noted on the record.  Based upon the Fabian Application and the DJP Application, the Notice of Hearing, the lack of any objection to the applications and good cause appearing

**IT IS HEREBY ORDERED:**

1.     The Fabian Application and DJP Application are granted; and

2.     Fabian VanCott is allowed compensation as prayed for in the Fabian Application in the amount of $46,778.85 for professional services and for out-of-pocket costs and disbursements incurred from February 1, 2017 through August 31, 2017 in the amount of

$533.29, for a total of $47,312.14, and that such amount is allowed as an administrative expense pursuant to 11 U.S.C. § 502(b)(2);

3. Durham Jones & Pinegar is allowed compensation as prayed for in the DJP Application in the amount of $16,930.20 for professional services and for out-of-pocket costs and disbursements incurred from February 1, 2017 through August 31, 2017 in the amount of $29.08, for a total of $16,959.28, and that such amount is allowed as an administrative expense pursuant to 11 U.S.C. § 502(b)(2);

4. The Debtor is authorized and directed to pay the amount allowed to Fabian VanCott and Durham Jones & Pinegar from unencumbered funds of the bankruptcy estate as soon as may be practicable; and

5. The amounts awarded hereunder and all earlier interim awards of compensation to Fabian VanCott and Durham Jones & Pinegar are hereby approved on a final basis.

[END OF DOCUMENT]

### DESIGNATION OF PARTIES TO BE SERVED

I certify that the foregoing **ORDER APPROVING: (i) FIFTH AND FINAL VERIFIED APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT BY FABIAN & CLENDENIN, COUNSEL FOR DEBTOR; and (ii) FINAL APPLICATION OF DURHAM JONES & PINEGAR FOR INTERIM COMPENSATION AND REIMBURSEMENT PURSUANT TO 11 U.S.C. §§ 330 AND 331 AS SPECIAL COUNSEL FOR THE DEBTOR FOR THE PERIOD FEBRUARY 1, 2017 THROUGH AUGUST 31, 2017** should be served to the parties and in the manner designated below:

**By Electronic Service** – I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- Jeffrey M Armington    armington.jeff@dorsey.com, asmus.natasha@dorsey.com;ventrello.ashley@dorsey.com
- P. Bruce Badger    bbadger@fabianvancott.com, aclark@fabianvancott.com
- Ryan R. Beckstrom    rbeckstrom@kmclaw.com
- J. Scott Brown    sbrown@cohnekinghorn.com, mcerutti@cohnekinghorn.com
- James T Burton    jburton@kmclaw.com, hmills@kmclaw.com
- Steven W. Call    scall@rqn.com, docket@rqn.com;lconterio@rqn.com
- Tom Cook    lundbergecfmail@lundbergfirm.com, ecfmaildistgroup@lundbergfirm.com
- Tim Dance    tdance@swlaw.com, docket_slc@swlaw.com;snielsen@swlaw.com;bhatch@swlaw.com
- Adam C. Dunn    acdunn@dunnfirm.com
- Clifford V. Dunn    cvdunn@dunnfirm.com
- Aaron R. Harris    aharris@djplaw.com, dwoodbury@djplaw.com
- Gary E. Jubber    gjubber@fabianvancott.com, mparks@fabianvancott.com;mdewitt@fabianvancott.com
- Brian R. Langford    brian@mhmlawoffices.com, brian@mhmlawoffice.com
- Steven J. McCardell    smccardell@djplaw.com, khughes@djplaw.com
- Mark S. Middlemas    LundbergECFmail@Lundbergfirm.com, ecfmaildistgroup@lundbergfirm.com
- Elaine A. Monson    emonson@rqn.com, docket@rqn.com;pbrown@rqn.com
- John T. Morgan tr    john.t.morgan@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- Marcus R. Mumford    mrm@mumfordpc.com, jen@mumfordpc.com,amanda@mumfordpc.com
- Dianne Orcutt    dianneo@utahcounty.gov, pauljo@utahcounty.gov
- Joshua S. Ostler    jso@mumfordpc.com, jsostler@gmail.com;jen@mumfordpc.com
- Douglas J. Payne    dpayne@fabianvancott.com, mdewitt@fabianvancott.com
- Judson T. Pitts    judsonpitts@hotmail.com
- Evan A. Schmutz    eschmutz@djplaw.com, kaltamirano@djplaw.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
- Steven T. Waterman    waterman.steven@dorsey.com, bingham.karen@dorsey.com;ventrello.ashley@dorsey.com

4

**By U.S. Mail** – In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served pursuant to Fed. R. Civ. P. 5(b):

Stan C. Craft
Valbridge Property Advisors
Free and Associates, Inc.
1100 East 6600 South, Suite 201
Salt Lake City, UT 84121

Daniel L. Donaldson
825 East 1180 South Ste 300
American Fork, UT 84003

Daniel G. Ford
841 North 900 West
Orem, UT 84057

KW Commercial
841 North 900 West
Orem, UT 84057

Paul T. Musser
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693

Shane D. Wood
Squire & Company P.C.
1329 South 800 East
Orem, UT 84097

4810-6566-9457, v. 1

5