**This order is SIGNED.**

**Dated: November 13, 2017**




**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**

*PREPARED AND SUBMITTED BY:*

Gary E. Jubber, A1758
Douglas J. Payne, A4113
FABIAN VANCOTT
215 South State Street
Suite 1200
Salt Lake City, Utah  84111
Telephone: (801) 531-8900
Fax: (801) 596-2814
*Attorneys for the Reorganized Debtor*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>GRASS VALLEY HOLDINGS, LP<br><br>Debtor. | Bankruptcy No.  15-24513<br><br>(Chapter 11)<br><br>**FINAL DECREE AND<br>ORDER CLOSING CASE** |
|---|---|

The Court has considered the motion of debtor Grass Valley Holdings, LP, the reorganized debtor in the above-entitled case ("**Debto**r"), for entry of a final decree and an order closing this case (the "**Motion**").  The Court finds that notice of the Motion and the hearing on the Motion were properly given, and were appropriate and sufficient under the circumstances of the case.  The Court finds that the time for filing objections has passed that no party-in-interest has filed an objection to the Motion.

The Court, being fully familiar with this chapter 11 case and all of the matters and proceedings in this case, finds that the Debtor's bankruptcy estate has been fully administered. Based upon these findings and conclusions, and good cause shown, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Debtor's bankruptcy estate, and the above-captioned case, is hereby closed.

**[END OF ORDER]**

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing *FINAL DECREE AND ORDER CLOSING CASE* should be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users:

Jeffrey M Armington    armington.jeff@dorsey.com, asmus.natasha@dorsey.com; ventrello.ashley@dorsey.com
P. Bruce Badger    bbadger@fabianvancott.com, aclark@fabianvancott.com
Ryan R. Beckstrom    rbeckstrom@kmclaw.com
J. Scott Brown    sbrown@cohnekinghorn.com, mcerutti@cohnekinghorn.com
James T Burton    jburton@kmclaw.com, hmills@kmclaw.com
Steven W. Call    scall@rqn.com, docket@rqn.com;etito@rqn.com
Tom Cook    lundbergecfmail@lundbergfirm.com, ecfmaildistgroup@lundbergfirm.com
Tim Dance    tdance@swlaw.com, docket_slc@swlaw.com;snielsen@swlaw.com; bhatch@swlaw.com
Adam C. Dunn    acdunn@dunnfirm.com
Clifford V. Dunn    cvdunn@dunnfirm.com
Aaron R. Harris    aharris@djplaw.com, dwoodbury@djplaw.com
Gary E. Jubber    gjubber@fabianvancott.com, mparks@fabianvancott.com; mdewitt@fabianvancott.com
Brian R. Langford    brian@mhmlawoffices.com, brian@mhmlawoffice.com
Steven J. McCardell    smccardell@djplaw.com, khughes@djplaw.com
Mark S. Middlemas    LundbergECFmail@Lundbergfirm.com, ecfmaildistgroup@lundbergfirm.com
Elaine A. Monson    emonson@rqn.com, docket@rqn.com;pbrown@rqn.com
John T. Morgan tr    john.t.morgan@usdoj.gov, James.Gee@usdoj.gov; Lindsey.Huston@usdoj.gov; Suzanne.Verhaal@usdoj.gov
Marcus R. Mumford    mrm@mumfordpc.com, jen@mumfordpc.com, amanda@mumfordpc.com
Dianne Orcutt    dianneo@utahcounty.gov, pauljo@utahcounty.gov
Joshua S. Ostler    jso@mumfordpc.com, jsostler@gmail.com;jen@mumfordpc.com
Douglas J. Payne    dpayne@fabianvancott.com, mdewitt@fabianvancott.com
Judson T. Pitts    judsonpitts@hotmail.com
Evan A. Schmutz    eschmutz@djplaw.com, kaltamirano@djplaw.com
United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
Steven T. Waterman    waterman.steven@dorsey.com, bingham.karen@dorsey.com; ventrello.ashley@dorsey.com

3

**By U.S. Mail**: In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served pursuant to Fed. R. Civ. P. 5(b):

    Stan C. Craft
    Valbridge Property Advisors
    Free and Associates, Inc.
    1100 East 6600 South, Suite 201
    Salt Lake City, UT 84121

    Daniel L. Donaldson
    825 East 1180 South Ste 300
    American Fork, UT 84003

    KW Commercial
    841 North 900 West
    Orem, UT 84057

    Paul T. Musser
    Katten Muchin Rosenman LLP
    525 West Monroe Street
    Chicago, IL 60661-3693

    Shane D. Wood
    Squire & Company P.C.
    1329 South 800 East
    Orem, UT 84097

        /s/ Douglas J. Payne_____

4843-3535-7265, v. 1